# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| CHARLES M. CASSELL III, | ) | CLERK'S JUDGMENT |
| | ) | |
| Plaintiff(s), | ) | 5:14-CV-00060-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID GUINN | ) | |
| FNU DAWKINS, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 2, 2014, Order.

May 2, 2014

Frank G. Johns, Clerk
United States District Court