UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:14-cv-00060-FDW

| CHARLES M. CASSELL, III, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| FNU DAWKINS, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's motion to consolidate this case, which he filed *pro se* pursuant to 42 U.S.C. § 1983, with Case No. 5:14-cv-89. On April 18, 2014, this Court entered an order dismissing Plaintiff's complaint in this matter, and the United States Court of Appeals for the Fourth Circuit dismissed his appeal in a per curiam opinion entered on January 12, 2015. See Cassell v. Dawkins, 590 Fed. App'x 222 (4th Cir. 2015) (unpublished). Accordingly, because Plaintiff's appeal in this case is no longer pending, the Court finds that the motion to consolidate should be denied.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion to consolidate is **DENIED**. (Doc. No. 12).

Signed: March 12, 2015

Frank D. Whitney
Chief United States District Judge